AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

JUSTIN DANIEL PLASENCIA )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 8:20-cv-2413-T-35AAS
HEALTHCARE REVENUE RECOVERY GROUP, LLC )
AND )
INPHYNET CONTRACTING SERVICES, LLC )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HEALTHCARE REVENUE RECOVERY GROUP, LLC
C/O REGISTERTED AGENT
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: FREDERICK W. VOLLRATH
ATTORNEY AT LAW
POST OFFICE BOX 18942
TAMPA, FLORIDA, 33679
813-335=4379
fredvollrath@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Alejandro Castillo

Date: October 15, 2020

*Signature of Clerk or Deputy Clerk*