UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN DANIEL PLASENCIA,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP, LLC and INPHYNET CONTRACTING SERVICES, LLC,

    Defendant.    /

Case No. 8:20-cv-2413-MSS-AAS

## **DEFENDANT INPHYNET CONTRACTING SERVICES, LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested person's order:

**1.** **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in this case:**

**RESPONSE**:

- **Plaintiff:** Justin Daniel Plasencia

- **Counsel for Plaintiff**: Frederick W. Vollrath, Esq. of Frederick W. Vollrath, Attorney at Law.

- **Defendant Inphynet Contracting Services, LLC:** Inphynet Contracting Services, LLC is a Florida Corporation, is affiliated with and/or a subsidiary of one or more entities within

the TEAMHealth organization, which includes Team Health Holdings, Inc., which was acquired by the Blackstone Group in 2017.

- **Counsel for Defendant Inphynet Contracting Services, LLC:** John Gaset, Esq. of Dinsmore & Shohl LLP.

- **Defendant Healthcare Revenue Recovery Group, LLC:** Healthcare Revenue Recovery Group, LLC, a Florida limited liability company.

**2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

<u>RESPONSE</u>: The undersigned is not aware of any responsive entities at this time.

**3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

<u>RESPONSE</u>: The undersigned is not aware of any responsive entities at this time.

**4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

<u>RESPONSE</u>: Plaintiff has alleged that Defendant violated certain laws in the civil context.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: October 28, 2020

*/s/ John P. Gaset*
John P. Gaset, Esq.
Florida Bar No. 98415
john.gaset@dinsmore.com
jessica.lovins@dinsmore.com
**DINSMORE & SHOHL LLP**
One Tampa City Center
201 N. Franklin Street, Suite 3050
Tampa, FL 33602
Telephone: (813) 543-9848
Facsimile: (813) 543-9849
*Counsel for Defendant,*
*Inphynet Contracting Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was electronically filed on October 28, 2020, via the Case Management/Electronic Case Filing (CM/ECF) system which will electronically notify the following:

> Frederick W. Vollrath, Esq.
> P.O. Box 18942
> Tampa, FL 33679
> fredvollrath@aol.com

*/s/ John P. Gaset*
John P. Gaset, Esq.
Florida Bar No. 98415