UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
CASE NO.: 8:20-cv-02413-MSS-AAS

**JUSTIN DANIEL PLASENCIA,**
**Plaintiff,**

v.

**HEALTHCARE REVENUE RECOVERY**
**GROUP, LLC., and INPHYNET**
**CONTRACTING SERVICES, LLC,**
**Defendant.**
**_____/**

**PLAINTIFF JUSTIN DANIEL PLASENCIA'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

COMES NOW, the Plaintiff Justin Daniel Plasencia, by and through its undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and herein states as follows:

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action –including subsidiaries, conglomerates, affiliates, parent corporations,

1

publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

1. Healthcare Revenue Recovery Group, LLC Defendant

2. Ernest H. Kohlmyer, III, Esquire Counsel for Defendant HRRG

Shepard, Smith, Kohlmyer & Hand, P.A.

3. Mary Grace Dyleski, Esquire, Counsel for Defendant HRRG

4. Leia V. Leitner, Esquire Counsel for Defendant HRRG

5. Justin Daniel Plasencia Plaintiff

6. Frederick W. Vollrath, Esquire, Attorney for Plaintiff

7. Roland A. Rosello, Esquire, Attorney for Plaintiff

8. Inphynet Contracting Services, LLC

9. John Gaset, Esquire

10. Dinsmore & Shohl LLP

11. Counsel for Plaintiff

12. Counsel for Defendant, Inphynet Contracting Services, LLC

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) or civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

The plaintiff is alleged to be a victim of wrongful civil conduct.

5. I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 22nd day of November, 2020.

Respectfully submitted,

/s/*Frederick W. Vollrath*

Frederick W. Vollath, Esquire

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on this 22nd day of November 2020, with the Clerk of the Court by using

3

the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: John Gaset, Esquire at john.Gaset@dinsmore.com and Jessica.lovins@dinsmore.com (Attorney for Defendant, Inphynet Contracting Services, LLC). and Ernest H. Kohlmyer, III, Esquire, at skohlmyer@shepardfirm.com Attorneys for Defendant Healthcare Revenue Recovery Group, LLC

*Frederick W. Vollath*
Frederick W. Vollrath
Attorney at Law
Attorney for Plaintiff
Post Office Box 18942
Tampa, Florida, 33679
813-335-4379
fredvollrath@aol.com
FBN: 165-812