UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:20-cv-02413-MSS-AAS

**JUSTIN DANIEL PLASENCIA,**
**Plaintiff,**
**v.**
**HEALTHCARE REVENUE RECOVERY**
**GROUP, LLC., and INPHYNET**
**CONTRACTING SERVICES, LLC.**
**Defendant.**
**_____/**

### NOTICE OF APPEARANCE OF ROLAND A. ROSELLO AS CO-COUNSEL FOR PLAINTIFF JUSTIN DANIEL PLASENCIA

**COMES NOW** Roland A. Rosello, attorney at law, and files his Notice of Appearance as co-counsel for the Plaintiff, Justin Daniel Plasencia im the above styled case..

### CERTIFICATE OF SERVICE

**I hereby certify** that on this 20th day of April, 2021. I filed the above styled pleading using the CM/ECF electronic filing system with the Clerk of the Federal District Court for the Middle District of Florida, who has made distribution of the same to all attorneys and/or parties of record.

/s/Roland A. Rosello
Attorney at Law
Post Office Box 4315
Tampa, Florida, 33677
813-251-8979
Roland@fRolandarosello.com
FBN: 175-733