UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 8:20-cv-02413-MSS-AAS

JUSTIN DANIEL PLASENCIA,

    Plaintiff,

v.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC.,
and INPHYNET CONTRACTING
SERVICES, LLC.

    Defendant.
_____/

**JOINT MOTION TO EXTEND MEDIATION DEADLINE PURSUANT TO ORDER [DE 18] AND FOR ORDER SCHEDULING MEDIATION ON AUGUST 10, 2021**

Come now Plaintiff, Justin Daniel Plasencia, and Defendants, Healthcare Revenue Recovery Group, LLC., and Inphynet Contracting Services, LLC (collectively the "Parties") by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), jointly file this Motion to Extend the Mediation Deadline Pursuant to the Court's Case Management and Scheduling Order **[DE 18 par. C]**, and for entry of an order scheduling mediation on August 10, 2021 and in support thereof state:

1

1. On December 14, 2020, this Court entered its Case Management and Scheduling Order which appointed James Betts, Esquire as mediator and established June 25, 2021 as the deadline to complete mediation in this action. **[DE 18]**

2. The Parties have been diligently working to set a date for mediation with Mr. Betts before the Court's deadline but have been unable to coordinate the Parties' schedules, along with that of the mediator, for a date to occur before the June 25, 2021 deadline.

3. As Mr. Betts has no availability to mediate this action prior to the June 25, 2021 deadline, the Parties have tentatively reserved a mediation date for August 10, 2021, at 1:00 pm by Zoom conference or other remote means.

4. Pursuant to Section II, par. B of the Case Management and Scheduling Order, extension of the deadlines established therein requires a Court Order. **[DE 18]**

5. As such, the Parties seek a brief extension of the mediation deadline to and including August 10, 2021 and request entry of an order scheduling mediation with Mr. Betts on August 10, 2021, at 1:00 pm, by Zoom conference or other remote means.

6. The Parties jointly request this extension as no dates were available on Mr. Betts's calendar before the mediation deadline of June 25, 2021.

7. This request is not made for purposes of inappropriate delay in the proceedings or for any improper purpose; an order granting this motion will not prejudice any party as the extension will not affect any other deadlines established by the Case Management and Scheduling Order.

WHEREFORE, on good cause shown, Plaintiff, Justin Daniel Plasencia, and Defendants, Healthcare Revenue Recovery Group, LLC., and Inphynet Contracting Services, LLC respectfully request this Court grant this Joint Motion and enter an order extending the mediation deadline and scheduling mediation for August 10, 2021 at 1:00 p.m. by Zoom conference or other remote means before James Betts.

## Memorandum of Law

Rule 6 of the Federal Rules of Civil Procedure provides in part: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) …if a request is made, before the original time or its extension expires;". *Fed. R.Civ.P. 6(b)(1)(A)*. The deadline to complete mediation in this action is June 25, 2021. This Motion is filed timely as the original time for completion of mediation has not expired. Moreover,

scheduling of the mediation date in this action required the coordination of the schedules of multiple parties.

Further, the Case Management and Scheduling Order in this action includes a provision that allows the Parties to file a motion for a brief extension of the mediation deadline in this matter. Moreover, "The good cause standard precludes modification of the court's scheduling order unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.,* 133 F.3d 1417, 1418 n.2, 1419 (11th Cir. 1998). "To establish good cause, the party seeking the extension must establish that the schedule could not be met despite the party's diligence." *Alarm Grid, Inc. v. Alarm Club.com, Inc.*, No. 17-80305-CV, 2018 U.S. Dist. LEXIS 19747, at *12 (S.D. Fla. Feb. 2, 2018).

Despite the Parties' diligent efforts to schedule mediation to take place before June 25, 2021, conflicting schedules of multiple parties have made it difficult to find availability with the appointed mediator within the Court's deadline. Moreover, this Motion is being filed prior to the expiration of the deadline and immediately upon the Parties' awareness that an extension is required. Additionally, the diligence of the Parties is further evidenced by the joint tentative scheduling of mediation on the agreed date of August 10, 2021. Thus, the Parties submit that their request for a short extension is timely and

4

that they have demonstrated good cause for this Court to grant a short extension of the mediation deadline in this action.

## Conclusion

For the foregoing reasons, good cause exists for the Court to grant this Joint Motion to Extend the Mediation Deadline and for entry of an order scheduling mediation for August 10, 2021 at 1:00 pm by Zoom conference or other remote means before James Betts.

Respectfully submitted this **29th** day of **April 2021**.

| | |
|---|---|
| */s/ Frederick W. Vollrath*<br>Frederick W. Vollrath, Esq.<br>Florida Bar No. 165812<br>fredvollrath@aol.com<br>Post Office Box 18942<br>Tampa, Florida 33679<br>Telephone: (813) 335-4379<br>*Attorneys for Plaintiff* | */s/ Ernest H. Kohlmyer*<br>Ernest H. Kohlmyer, III, Esq., LL.M.<br>Florida Bar No. 110108<br>skohlmyer@shepardfirm.com<br>Shepard, Smith, Kohlmyer & Hand, P.A.<br>2300 Maitland Center Parkway, Suite 100<br>Maitland, FL 32751<br>Telephone (407) 622-1772<br>Facsimile (407) 622-1884<br>*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC* |

 */s/ John P. Gaset*
 John P. Gaset, Esq.
 Florida Bar No. 98415
 john.gaset@dinsmore.com
 Dinsmore & Shohl LLP
 Tampa City Center
 201 North Franklin Street, Suite 3050
 Tampa, Florida 33602
 Telephone: (813) 543-9822

Facsimile (813) 543-9849
*Attorneys for Defendant, Inphynet Contracting Services, LLC*

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **April 29, 2021**, with the Clerk of the Court by using the electronic filing system. I further certify that the foregoing has been sent via electronic transmission to the following: Frederick W. Vollrath, Esquire at fredvollrath@aol.com, and John Gaset, Esquire at john.gaset@dinsmore.com and jessica.lovins@dinsmore.com *(Attorneys for Inphynet Contracting Services, LLC).*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 0110108
Email: skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone: (407) 622-1772
*Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC*

6