UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUSTIN DANIEL PLASENCIA,

        Plaintiff,

v.                                  Case No: 8:20-cv-2413-MSS-AAS

HEALTHCARE REVENUE
RECOVERY GROUP, LLC and
INPHYNET CONTRACTING
SERVICES, LLC,

        Defendants.
_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

On August 6, 2021, Plaintiff filed a Notice of Settlement With All Defendants, informing the Court that the above-captioned case was settled. (Dkt. 22) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of August 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

- 2 -

Copies furnished to:
Counsel of Record
Any pro se party